IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. DOE,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendants. | Case No. 1:23-cv-01389 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 16, 2023, Minute Order, the parties respectfully submit this joint status report for the above-captioned matter.

1. Following an exchange of letters between the parties, on May 16, 2023, Plaintiff filed the Complaint in this action, bringing a "reverse FOIA" action under the APA, 5 U.S.C. §§ 701–06. ECF No. 1. On July 24, 2023, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 15. This motion remains pending before the Court.

2. On November 16, 2023, the Court ordered the parties "to inform the Court by December 1, 2023, whether they would like to be referred to a Magistrate Judge or the Court's Alternative Dispute Resolution program to determine whether there is a less specific way of referring to the plaintiff that would satisfy both parties and obviate the litigation." Nov. 16, 2023, Minute Order.

3. On November 29, 2023, the parties met and conferred. During that meeting, Plaintiff stated that Plaintiff is amenable to proceeding with the ADR process.

4. Defendants report to the Court that they have given the matter serious consideration but do not believe that mediation would be productive and therefore respectfully decline the

Court's offer to refer the case to a Magistrate Judge or the Court's Alternative Dispute Resolution program.

5. Plaintiff remains open to proceeding with the Court's Alternative Dispute Resolution program per the Court's suggestion in its November 16, 2023 Minute Order.

| | |
|---|---|
| DATED: December 1, 2023 | Respectfully submitted, |

*/s/ Sonia W. Nath*

Sonia W. Nath (DC Bar No. 977095)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2120
Facsimile: (202) 842-7899
snath@cooley.com

*Counsel for Plaintiff J. Doe*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA M. BERMAN
Assistant Director, Federal Programs Branch

*/s/ James C. McGlinchy*

JAMES C. MCGLINCHY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0593
Email: james.c.mcglinchy@usdoj.gov

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and Human Services

MARK RAZA
Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
Phone: (301) 796-6717
Email: joshua.davenport@fda.hhs.gov

*Attorneys for Defendants*