# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J. DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES<br>FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-1389 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendants' motion to dismiss [Dkt. # 15] is GRANTED and the above-captioned case is DISMISSED under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

This is a final, appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: November 22, 2024

1