IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Case No. 1:23-cv-01389 (ABJ) |

**JOINT MOTION FOR A BRIEFING SCHEDULE**

The parties respectfully move the Court to establish a briefing schedule for Plaintiff's pending Motion to Alter or Amend the Judgment. *See* ECF No. 30 ("Rule 59(e) Motion"). In support of this motion, the parties submit the following:

1. On November 22, 2024, the Court granted Defendants' motion to dismiss. *See* ECF Nos. 28 and 29.

2. On December 20, Plaintiff filed the Rule 59(e) Motion, which requested that the Court set aside the Court's November 22 judgment (ECF Nos. 28 and 29), reopen the case, and allow Plaintiff to file an amended Complaint.

3. Under Local Civil Rule 7(b) and 7(d), Defendants' opposition would ordinarily be due on January 3, 2025, and Plaintiff's reply brief would be due on January 10, 2025.

4. Pursuant to Local Rule 7(m), the parties have met and conferred regarding a briefing schedule for the Rule 59(e) Motion. They have agreed to the following schedule:

- **January 10, 2025**: Due date for Defendants' opposition brief;

- **January 24, 2025**: Due date for Plaintiff's reply brief.

A proposed order reflecting these dates is attached.

| | |
|---|---|
| DATED: December 27, 2024 | Respectfully submitted, |
| | |
| */s/ Sonia W. Nath* | BRIAN M. BOYNTON |
| Sonia W. Nath (DC Bar No. 977095) | Principal Deputy Assistant Attorney General |
| David E. Mills (DC Bar No. 401979) | |
| COOLEY LLP 1299 | MARCIA M. BERMAN |
| Pennsylvania Ave., NW, Suite 700 | Assistant Director, Federal Programs Branch |
| Washington, DC 20004-2400 | |
| Telephone: (202) 776-2120 | */s/ James C. McGlinchy* |
| Facsimile: (202) 842-7899 | JAMES C. MCGLINCHY |
| snath@cooley.com | Trial Attorney |
| dmills@cooley.com | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| Kathleen R. Hartnett (D.C. Bar No. 483250) | 1100 L Street, NW |
| COOLEY LLP | Washington, DC 20005 |
| 3 Embarcadero Center, 20th Floor | Phone: (202) 305-0593 |
| San Francisco, CA 94111-4004 | Email: james.c.mcglinchy@usdoj.gov |
| Telephone: (415) 693-2000 | |
| Facsimile: (415) 693-2222 | OF COUNSEL: |
| khartnett@cooley.com | |
| | SAMUEL R. BAGENSTOS |
| Victoria R. Pasculli (admitted pro hac vice) | General Counsel |
| COOLEY LLP | U.S. Department of Health and Human Services |
| 55 Hudson Yards | |
| New York, NY 10001-2157 | MARK RAZA |
| Telephone: (212) 479-6879 | Chief Counsel |
| Facsimile: (212) 479-6275 | |
| vpasculli@cooley.com | WENDY S. VICENTE |
| | Deputy Chief Counsel, Litigation |
| *Counsel for Plaintiff J. Doe* | |
| | JOSHUA A. DAVENPORT |
| | Associate Chief Counsel |
| | Office of the Chief Counsel |
| | U.S. Food and Drug Administration |
| | 10903 New Hampshire Avenue |
| | Silver Spring, MD 20993-0002 |
| | Phone: (301) 796-6717 |
| | Email: joshua.davenport@fda.hhs.gov |
| | |
| | *Attorneys for Defendants* |